IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   07-60706-CIV- COHN/SNOW

TONY A. SPURLING,

    Plaintiff,

vs.

PARADISE CAFE, PEMBROKE LAKES,
L.L.C., and PARADISE CAFE AT BROWARD
MALL, INC., Florida Corporations, and
HERBERT KORNBLAU, an individual,

    Defendants.
                                                   /

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

**THIS MATTER** is before the Court upon the Plaintiff's Agreed Motion for Substitution of Parties [DE 19]. The Court has carefully considered the Motion, reviewed the court file and has been fully advised in the premises.

In this Motion, the parties submit that Mr. Spurling's two children, Caitlyn Spurling and Christopher Spurling, should now become the parties of interest to this action in place of the deceased Plaintiff Tony Spurling.  However, the law is clear that "in order to be a 'proper party' under Rule 25(a)(1), the person seeking substitution must be the legal representative of the deceased plaintiff's estate."  Escareno v. Crucible, 152 F.R.D. 661, 663 (N.D. Ga. 1993) (citing Mallonee v. Fahey, 200 F.2d 918, 919 (9th Cir. 1952)).  The parties have provided no allegations or documentation to support the conclusion that either of Mr. Spurling's children are the legal representatives of his estate.  It is therefore,

    **ORDERED AND ADJUDGED** that Plaintiff's Agreed Motion for Substitution of

Parties [DE 19] is hereby **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida on this 9th day of January, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

All Counsel of Record